UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

Gary William Brockwell, II,                               Case No. 23-32819-KLP
303 Kent Avenue                                              Chapter 7
Colonial Heights, VA  23834
SSN: xxx-xx-0238,
         Debtor.

### NOTICE OF UNITED STATES TRUSTEE'S MOTION TO REOPEN CASE

PLEASE TAKE NOTICE that the United States Trustee has filed with the Court a **Motion to Reopen Case** (the "**Motion**") in the above-captioned case.  A copy of the Motion is being served on you simultaneously herewith.

**Your rights may be affected**.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then you or your attorney must:

(X)     File with the Court, at the address shown below, a written response.  **UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THIS MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY WITHIN 21 DAYS OF THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED AND TREAT THE MOTION AS CONCEDED.**

         Clerk of Court
         United States Bankruptcy Court
         701 East Broad Street, Suite 4000
         Richmond, Virginia 23219

---

Kathryn R. Montgomery, Esq., AUST (Va. Bar No. 42380)
Shannon Pecoraro, Esq. (Va. Bar No. 46864)
Shannon Pecoraro, Esq. (Va. Bar No. 83302)
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310

You must also serve a copy on:

    Shannon Pecoraro, Esquire
    Office of the United States Trustee
    701 East Broad Street, Suite 4304
    Richmond, VA 23219

(X)    Attend a hearing on the Motion.  **THE HEARING TO CONSIDER THE RELIEF REQUESTED IN THIS MOTION IS SCHEDULED FOR AUGUST 14, 2024, AT 9:30 A.M., PREVAILING EASTERN TIME, IN THE UNITED STATES BANKRUPTCY COURT, 701 E. BROAD STREET, COURTROOM 5100, RICHMOND, VA 23219.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that requested relief without further notice or hearing.

Date: July 10, 2024

    **GERARD R. VETTER**
    **Acting United States Trustee**
    **Region Four**

    By: /s/ Shannon Pecoraro
    Shannon Pecoraro, Esquire (VSB 46864)
    Trial Attorney
    Office of the United States Trustee
    701 East Broad Street - Suite 4304
    Richmond, VA 23219
    Telephone (804) 771-2310
    shannon.pecoraro@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2024, a true copy of the foregoing was served via electronic mail pursuant to the Administrative Procedures of the CM/ECF System for the United States Bankruptcy Court for the Eastern District of Virginia to all parties registered for electronic notices, including, (i) Jeanne E. Hovenden, Esquire, and (ii) Jennifer J. West, former trustee.  In addition, a copy was mailed to the following:

Gary William Brockwell, II
303 Kent Avenue
Colonial Heights, VA  23834

    /s/ Shannon Pecoraro
    Shannon Pecoraro, Esquire

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re:

Gary William Brockwell, II,　　　　　　　　　　　　　　　　Case No. 23-32819-KLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　Debtor.

## MOTION TO REOPEN CASE

COMES NOW, GERARD R. VETTER the Acting United States Trustee for Region Four, (the "United States Trustee"), through the undersigned counsel, and pursuant to § 11 U.S.C. § 350(b), respectfully moves the Court for entry of an order reopening the case of Gary William Brockwell, II (the "Debtor"), and in support thereof, states as follows:

1. The Debtor filed a voluntary petition under chapter 7 of the Bankruptcy Code on August 18, 2023.

2. Jennifer J. West (the "Chapter 7 Trustee") was appointed chapter 7 trustee for the Debtor's estate.

3. On or about September 20, 2023, the Chapter 7 Trustee filed the Report of No Distribution.

4. The case was closed on December 4, 2023.

5. The United States Trustee has received word that there may be funds to administer.

6. The United States Trustee requests that this case be reopened and that a chapter 7 trustee be appointed to complete the administration in this case.

WHEREFORE, the United States Trustee respectfully moves the Court for entry of an Order reopening the case of the Debtor, directing the United States Trustee to appoint a chapter 7 trustee, and granting such other and further relief as the Court shall deem just and appropriate.

Respectfully submitted,

**GERARD R. VETTER**
**Acting United States Trustee**
**Region Four**

By: /s/ Shannon Pecoraro
Shannon Pecoraro, Esquire (VSB 46864)
Trial Attorney
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310
shannon.pecoraro@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2024, a true copy of the foregoing was served via electronic mail pursuant to the Administrative Procedures of the CM/ECF System for the United States Bankruptcy Court for the Eastern District of Virginia to all parties registered for electronic notices, including, (i) Jeanne Hovenden, Esquire and (ii) Jennifer J. West, former trustee. In addition, a copy was mailed to the following:

Gary William Brockwell, II
303 Kent Avenue
Colonial Heights, VA  23834

/s/ Shannon Pecoraro
Shannon Pecoraro, Esquire